■ STATE DIVISION OF HUMAN RIGHTS, Respondent, v MERCHANTS MUTUAL INSURANCE COMPANY, Petitioner.—Petition granted, without costs, order of Human Rights Appeal Board annulled, and determination of State Division of Human Rights reinstated and confirmed. All concur; Goldman, J., not participating. Same memorandum as in *State Div. of Human Rights v Merchants Mut. Ins. Co.* (59 AD2d 1054). (Proceeding pursuant to Executive Law, § 298.) Present—Simons, J. P., Hancock, Jr., Denman, Goldman and Witmer, JJ.

■ KENNETH SCIGAJ, Appellant, v DRESSER INDUSTRIES, Respondent.— Order unanimously affirmed, without costs. (See *Finch v Swingly,* 42 AD2d 1035; *Estupinan v Cleanerama Drive-In Cleaners,* 38 AD2d 353.) (Appeal from order of Erie Supreme Court—dismiss complaint.) Present—Marsh, P. J., Cardamone, Dillon and Witmer, JJ.